**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

April 4, 2011

Clerk - Bankruptcy Court
100 South Salina St. Suite 10
Syracuse, NY 13202

RE:    06-32945 Young

**RECEIVED APR 11 2011 OFFICE OF THE BANKRUPTCY CLERK SYRACUSE, NY**

Rec'd $147.08
4-11-11 LM

Dear Clerk:

Enclosed please find check #819797 in the amount of $143.08. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

Claim No. 999

| Acct# | Name | Cathy Young |
|---|---|---|
| | Address | 211 Hasting Place |
| | Address | Syracuse, NY 13206 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

**FILED APR 11 2011 OFFICE OF THE BANKRUPTCY CLERK SYRACUSE, NY**

Enc.